[No. 52815-7-I.   Division One.   June 1, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFERY WALKSONTOP, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 03-1-00668-1, George N. Bowden, J., entered July 10, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52819-0-I.   Division One.   June 1, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY OSTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-02807-8, George T. Mattson, J., entered July 14, 2003. *Affirmed* by unpublished per curiam opinion.

[Nos. 52861-1-I; 53062-3-I.   Division One.   June 1, 2004.]

SHANNON STANGLAND, *Respondent*, v. OK SOOK KIM, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for Snohomish County, No. 02-2-08538-3, Thomas J. Wynne, J., and Rita Lov, J. Pro Tem., entered July 1 and 17, and August 28, 2003. *Reversed* by unpublished per curiam opinion.

[No. 53033-0-I.   Division One.   June 1, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY MICHAEL HUFF, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-8-02126-3, Charles V. Johnson and Richard M. Ishikawa, JJ. Pro Tem., entered July 25, 2003. *Affirmed* by unpublished per curiam opinion.